NUMBER 13-06-115-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________ _____________________________________________


CLAYTON METALS, INC., Appellant,


v.



DAVID QUINONES, ET AL., Appellees.

________________________________________________________


On appeal from the 357th District Court


of Cameron County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Wittig


Memorandum Opinion Per Curiam


 Appellant, CLAYTON METALS, INC., perfected an appeal from an order entered
by the 357th District Court of Cameron County, Texas, in cause number 2004-08-4112-E. After the record and briefs were filed and after the cause was submitted to
the Court, appellant filed a motion to dismiss the appeal. In the motion, appellant
states that this case has been resolved and appellant no longer wishes to prosecute
this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 19th day of April, 2007.